## TAVELL, EX PARTE.
### (Decided June 16, 1911.)

Original petition in Supreme Court.

A. LATADY, for petitioner. A. LEO OBERDORFER,, for appellee.

Per curiam. Prohibition denied.

---

## THOMAS V. GLOVER.
### (Decided Feb. 2, 1911.)

APPEAL from Marshall Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## TWITTY V. THE STATE.
### (Decided April 20, 1912.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for either party.

Per curiam. Abated by death of appellant.

---

## VANN V. E. E. FORBES PIANO CO.
### (Decided Dec. 1, 1910.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES A. SENN.

No counsel marked for appellant. CARMICHAEL & WINN, for appellee.

Per curiam. Affirmed on certificate.